IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN MICHAEL, on behalf of herself and on behalf of all others similarly situated, )<br>)<br>) Plaintiff, )<br>v. )<br>)<br>CITIMORTGAGE, INC. and SAFEGUARD )<br>PROPERTIES MANAGEMENT, LLC, )<br>)<br>Defendants. ) | Case No. 16-cv-07238<br><br>Judge Amy J. St. Eve<br>Magistrate Judge Jeffrey T. Gilbert |

## MOTION TO VOLUNTARILY DISMISS

Now comes the Plaintiff SUSAN MICHAEL, by and through counsel, and moves to voluntarily dismiss this action. In support, Plaintiff states as follows:

1. In its Order of May 11, 2017, the Court gave Plaintiff until May 15, 2017 to amend her class action complaint.

2. Plaintiff has elected to voluntarily nonsuit her class action.

WHEREFORE, Plaintiff requests the following relief of this Honorable Court:

A. For the entry of an order voluntarily dismissing this proceeding.

Respectfully submitted,

/s/Anthony M. Klytta                .

KLYTTA & KLYTTA
Attorneys for Plaintiff
1645 Birchwood
Des Plaines, Illinois 60016
Phone: (773) 727-2225